**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

CASE NO. 21-80337-CIV-CANNON

**DANIEL BROWDER, et al.**,

    Plaintiffs,

v.

**E&S COMMUNICATIONS, LLC**,

    Defendant.

_____/

## FINAL JUDGMENT

**THIS MATTER** comes before the Court Plaintiffs' Second Amended Motion for Entry of Default Judgment against Defendant E&S Communications, LLC ("the Motion") [ECF No. 52] filed on December 28, 2022. The Court granted the Motion in part in a separate order entered on January 12, 2023 [ECF No. 53]. In accordance with Rule 58 Federal Rule of Civil Procedure, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. Judgment is entered in favor of Plaintiff Daniel Browder and Opt-In Plaintiffs Andrew Marshall, Zachary McKinney, and Jordan Russel, and against Defendant E&S Communications, LLC.

2. Plaintiffs are entitled to $306,226.25 for damages, costs, and fees. The total amount shall be apportioned as follows:

    a. $61,600.00 to Plaintiff Daniel Browder in unpaid wages, and an equal amount in liquidated damages for a total of $123,200.00;

    b. $17,064.00 to Plaintiff Andrew Marshall in unpaid wages, and an equal amount in liquidated damages for a total of $34,128.00;

CASE NO. 21-80337-CIV-CANNON/Reinhart

    c. $48,400.00 to Plaintiff Zachary McKinney in unpaid wages, and an equal amount in liquidated damages for a total of $96,800.00;

    d. $22,400.00 to Plaintiff Jordan Russell in unpaid wages, and an equal amount in liquidated damages for a total of $44,800.00; and

    e. $7,298.25 to Morgan & Morgan, P.A. for payment of reasonable costs and attorneys' fees.

3. The Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 13th day of January 2023.

                                              **AILEEN M. CANNON**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record